# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES ARTHUR LAVILETTA,

    Plaintiff,

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.

Case No. 2:16-cv-01529-GMN-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on June 27, 2016. Defendant filed its Answer (ECF No. 4 ) on July 5, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 14, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 6th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge